UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Ms. Tressa R. Glover via_
_Honorable United States Attorney_
_J. D. Preet Bharara_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Orangeburg School District 5_
_Raytheon_
_Usama Osama Ben Laden, et-al_

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

# 16 CV 0486

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  □ Yes  □ No

*(check one)*

RECEIVED
SDNY PRO SE OFFICE
2016 JAN 22 AM 9:15

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓ — Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

— Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

— Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

— New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

— New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

*Rev. 05/2010*

1

**I.    Parties in this complaint:** *Reference the U.S. Supreme Court Case filing, U.S. EEOC Charge*

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name _____

                 Street Address _____

                 County, City _____

                 State & Zip Code _____

                 Telephone Number _____

B.    List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant        Name _____

                 Street Address _____

                 County, City _____

                 State & Zip Code _____

                 Telephone Number _____

C.    The address at which I sought employment or was employed by the defendant(s) is:

                 Employer _____

                 Street Address _____

                 County, City _____

                 State & Zip Code _____

                 Telephone Number _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____        Failure to hire me.

_____        Termination of my employment.

_____        Failure to promote me.

___✓___        Failure to accommodate my disability.

___✓___        Unequal terms and conditions of my employment.

*Rev. 05/2010*                                              2

_____ ✓    Retaliation.

_____ ✓    Other acts *(specify)*: _Terrorisms. Murders. Manslaughter_ .

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: _2003 to Present_ .
_(1996. Mother's respectively)_    *Date(s)*

C.    I believe that defendant(s) *(check one)*:

_ᒪ____    is still committing these acts against me.

_____    is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☑    race    _____    ☑    color    _____

☑    gender/sex    _female_    ☑    religion_____

☑    national origin    _____

☐    age.    My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☐    disability or perceived disability, _____ *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

_See the U.S. Supreme Court Capitol Case filing._

_____
_____
_____
_____
_____
_____

**Note:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.    Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _January 2005, and 2004_ _____ *(Date)*.

*Rev. 05/2010*                                3

B.    The Equal Employment Opportunity Commission *(check one)*:

_____    has not issued a Notice of Right to Sue letter.

___✓___    issued a Notice of Right to Sue letter, which I received on _2005, and 2004_ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.* Previously Submitted.

C.    Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____    60 days or more have elapsed.

_____    less than 60 days have elapsed.

## IV.    Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _to be decided by the SDNY USAO._

_____

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 28th day of _December_, 20_15_.

Signature of Plaintiff    _Mr. Rosef Glover_

Address    _Respond Only to:_
_Honorable US AGP P. Bharara_
_300 Quarropas Street_
_White Plains N.Y_

Telephone Number    _n/a_

Fax Number *(if you have one)*    _N/a_

IN THE

## SUPREME COURT OF THE UNITED STATES

Ms. Ms. Tressa R. Glover, Ph.D., formerly PARKER, United States Government Petitioner, Medically Retired U.S. SSA and U.S. DOL Disability Program Navigator
United States District Courts of New York, Honorable United States Attorney Juris Doctor PREETINDER SINGH "PREET" BHARARA
United States Securities and Exchange Commission Co-Chairman United States Attorney Juris Doctor PREETINDER SINGH "PREET" BHARARA
United States District Court of the Eastern District of Texas, Honorable United States Attorney Mr. JOHN MALCOLM BALES
United States District Court of the Eastern District of North Carolina, Honorable United States Attorney Mr. RIPLEY RAND
United States Congress House of Representative Congressman Mr. JOHN BOEHNER
United States Congress House of Representative Congresswoman Mrs. NANCY PELOSI
United States Congress Senator Congressman SHELDON WHITEHOUSE
United States Supreme Court of Washington, D.C.
Honorable United States Supreme Court Chief Justice Mr. JOHN F. ROBERTS, JR.
Honorable United States Supreme Court Chief Justice Mrs. SONYA SOTOMAYOR
Honorable United States Supreme Court Clerk Mr. WILLIAM SUTER
Honorable United States Supreme Court Deputy Clerk Mr. CHRISTOPHER VASIL
Honorable United States Supreme Court Case Manager Mr. CLAYTON HIGGINS

vs.
Orangeburg Consolidated School District Five, Respondent

## ON PETITION FOR A WRIT OF CERTIORARI

The United States District Court, Matthew Perry, Jr. Courthouse, Columbia, South Carolina, Chief Judge Matthew Perry, Jr., Brother of Respondent Nathaniel Perry, Assistant Superintendent of Respondent Orangeburg Consolidated School District Five, and Uncle of Respondent Charles Hunter, Executive Director of Strategy and Chief of the Criminal Investigative Division for Respondent Bureau of the Internal Revenue Service, Did Not Provide An Opinion For This Court.

The United States Fourth Circuit Court of Appeal, Richmond, Virgina, Chief Judge Karen Johnson Williams, Lifelong Resident of Orangeburg, South Carolina and Sister-In-Law of Respondent Pamela Williams, Payroll Supervisor of Respondent Orangeburg Consolidated School District Five, Did Not Provide An Opinion For This Court.

The United States DOJ Attorneys Office of Columbia, SC Lead Attorney Reginald Issac Lloyd, Brother of Respondent Marion Lloyd, Deputy Administrator of Respondent Orangeburg County, and Nephew of Respondent James L. Jim Clyburn, United States Congress House of Representative, Respondent SC Human Affairs Commission Commissioner, Respondent Orangeburg Consolidated School District Five Teacher and Alternative School Campus Namesake, Respondent Defunct SC Employment Security Commission Program Manager, Did Not Provide An Opinion For This Court.

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Tressa R. Glover-Parker
Post Office Box 2072
Orangeburg, SC 29116

From: Charlotte District Office
129 W. Trade Street
Suite 400
Charlotte, NC 28202

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 14C-2004-01206 | Cassandra P. Atcherson, State & Local Coordinator | (704) 344-6700 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Reuben Daniels, Jr.,
District Director

January 25, 2005
(Date Mailed)

Enclosure(s)

cc: Andrea E. White
Duff, Turner, White & Boykin
P.O. Box 1486
Columbia, SC 29202

EEOC Form 161 (3/98)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Tressa R. Glover-Parker**
**Post Office Box 2072**
**Orangeburg, SC 29116**

From:  **Greenville Local Office**
**301 North Main St**
**Suite 1402**
**Greenville, SC 29601**

| | |
|---|---|
| [ ] | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a)) |

*Melvin Smoak*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **14C-2005-01974** | **Tabetha R. McFeders, Investigator** | **(864) 241-4427** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X]  Other *(briefly state)*    **Charging Party has already filed suit in federal court**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission,

*Patricia B. Fuller*                    **MAY - 9 2005**

Enclosure(s)

**Patricia B. Fuller,**
**Local Office Director**                    *(Date Mailed)*

cc:  **Andrea White**
**Duff, White & Boykin**
**P.O. Box 1486**
**Columbia, SC 29202**

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | BEFORE THE SOUTH CAROLINA WORKERS' COMPENSATION COMMISSION |
| COUNTY OF ORANGEBURG ) | |
| Tressa Renae Glover ) | W.C.C. FILE NO.: 04-16773 |
| ) | NOTICE OF MOTION AND ORDER FOR CONTINUANCE |
| vs. ) | |
| Orangeburg Consolidated School District #5 ) | |
| Employer/Carrier, ) | |
| South Carolina School Boards Insurance Trust, ) | |
| Carrier-Defendants. ) | |

**TO:     THE SOUTH CAROLINA WORKERS' COMPENSATION COMMISSION AND ADRIANNE L. TURNER, ATTORNEY FOR EMPLOYER/ CARRIER.**

*YOU ARE HEREBY NOTIFIED THAT THE EMPLOYEE/CLAIMANT*, pursuant to the

provisions of The South Carolina Workers' Compensation Act and South Carolina Code of Laws

Section 1-23-330 (1976, as amended) herewith, moves this Court for a continuance for the

Hearing Commissioner to reset this hearing to the request of either party:

> **A Hearing is to be held for the Claimant before the the South Carolina Workers' Compensation Commission on Wednesday, September 20, 2006, at 8:30 a.m., before The Honorable David W. Huffstetler.**

PAGE 4/4 * RCVD AT 8/28/2006 5:37:12 PM [Eastern Daylight Time] * SVR:BAS1_NT1/0 * DNIS:0 * CSID:803 765 2571 * DURATION (mm-ss):01-58

The Claimant is in need of additional medical care to lessen her time of disability and has not reached maximum medical improvement.

The Claimant's attorney and defense counsel are asking that this case be continued until such time as ready for trial and that the file be returned to the general file; whereas either party may request hearing at a later date.

*IT IS SO ORDER:*

_____
COMMISSIONER DAVID W. HUFFSTETLER

**WE CONSENT:**

CROMARTIE LAW FIRM, L.L.C.

_____
E. W. CROMARTIE, II
ATTORNEY FOR CLAIMANT

_____
ADRIANNE L. TURNER
ATTORNEY FOR EMPLOYER/CARRIER
ORANGEBURG CONSOLIDATED SCHOOL DISTRICT #5

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served this order in the above entitled action upon all parties to this cause by depositing a copy hereof postage paid, in the United States mail addressed to the attorney or attorneys for said parties.

This ___20___ day of ___September___, 200_6_.

By ___Toi Reid___

Administrative Assistant to Commissioner

Aug 28 06 05:55p     CROMARTIE LAW FIRM LLP     803 765 2571     p.4

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | [X] FEPA <br> [ ] EEOC | ' |

S. C. Human Affairs Commission _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE(Include Area Code) |
|---|---|
| Ms. Tressa R. Glover-Parker | (803) 533-7967 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| Post Office Box 2072, Orangeburg, SC 29116 | | 10/07/1966 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Orangeburg Consolidated Sch. Dist 5 | Cat D (501 +) | (803) 534-5454 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 578 Ellis Avenue, Orangeburg, SC 29115 | | 075 |

| NAME | TELEPHONE NUMBER(Include Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [ ] DISABILITY   [X] OTHER (Specify) Fepa

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| | 07/12/2004 |

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.   PERSONAL HARM: From at or about 2001 through at or about July 12, 2004 and continuing, I have been subjected to harassment, intimidation and discriminatory terms and conditions of employment.

II.   RESPONDENT'S REASON(S) FOR ADVERSE ACTION(S): None given.

III.   COMPLAINANT'S CONTENTION(S): As a result of my rejection of sexual harassment by Mr. Russell Zimmerman, Director of Information Technology, and my complaint to the human resources office, I have since been subjected to a hostile work environment. The numerous and ongoing hostile acts have included harassment on the job as well as away from the job premises, and have included sabotaging my work, subjecting me to a work environment that has jeopardized my health by exposing me to harmful chemicals, as well as vandalizing my automobile both at and away from the work premises. I have repeatedly reported these actions, but no corrective action has been taken.

IV.   DISCRIMINATION STATEMENT: I therefore believe that I have been discriminated against on the basis of my sex (female/including sexual harassment) and in retaliation for my opposition to unlawful employment practices, in violation of the S. C. Human Affairs Law, as amended, and Title VII of the U. S. Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| *Tressa L. Glover Parker* <br> Date 7/22/04   Charging Party (Signature) | SIGNATURE OF COMPLAINANT <br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) <br> 7-21-04 |

EEOC FORM 5 (Rev. 07/99)

RESPONDENT'S COPY

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA | |
| [ ] EEOC | |

S. C. Human Affairs Commission ————— and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Tressa R. Glover-Parker | (803) 533-7967 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| Post Office Box 2072, Orangeburg, SC 29116 | | 10/07/1966 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Orangeburg Consolidated Sch. Dist 5 | Cat D (501 +) | (803) 534-5454 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 578 Ellis Avenue, Orangeburg, SC 29115 | | 075 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [X] OTHER *(Specify)* Fepa

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| | 01/10/2005 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I. PERSONAL HARM:
I was involuntarily placed on unpaid leave of absence on or about January 10, 2005.

II. RESPONDENT'S REASON(S) FOR ADVERSE ACTION(S):
Mr. Melvin Smoak, superintendent, stated that I had not provided medical information he requested.

III. COMPLAINANT'S CONTENTION(S):
My doctors have provided information to the Respondent that I have been released to return to work. The additional medical information requested by the Respondent is unwarranted and unnessarily intrusive. I recently filed a charge of discrimination against the Respondent (SHAC #3-04-83SH,RET), which I believe to be a factor for the treatment I have been subjected to.

IV. DISCRIMINATION STATEMENT:
I therefore believe that I have been discriminated against on the basis of my medical condition, and in retaliation for opposing unlawful employment practices, in violation of the S. C. Human Affairs Law, as amended, Title VII of the U. S. Civil Rights Act of 1964, as amended, and the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*Tressa R. Glover Parker*

Date 2/03/5  Charging Party *(Signature)*

NOTARY - *(When necessary for State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

*Tressa R. Glover Parker*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)*

February 3, 2005

EEOC FORM 5 (Rev. 07/99)

515

RESPONDENT'S COPY

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS *Ms. Tressa R. Glover, Ph.D.*

DEFENDANTS *DCSD5 SCE&G, SCANA, SCANA Energy, SCEN Raytheon, Usama Ben Laden, Khaled Fawwaz, Sulaiman G*

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*Southern District of New York United States Attorney Juris Doctor PREET BHARARA*

ATTORNEYS (IF KNOWN) *Not applicable.*

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☒ Yes ☐ Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐   If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**     **No** ☐     **Yes** ☐

*(PLACE AN [x] IN ONE BOX ONLY)*               NATURE OF SUIT

TORTS                                                                    ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS [ ] 400 STATE REAPPORTIONMENT |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 410 ANTITRUST |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | | [ ] 430 BANKS & BANKING |
| [ ] 140 NEGOTIABLE INSTRUMENT | | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | | | [ ] 450 COMMERCE |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | | | **PROPERTY RIGHTS** | [ ] 460 DEPORTATION [ ☒ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 MEDICARE ACT | [ ] 340 MARINE [ ] 345 MARINE PRODUCT LIABILITY | **PERSONAL PROPERTY** | | [ ] 820 COPYRIGHTS [ ] 830 PATENT | |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD [ ] 371 TRUTH IN LENDING | | [ ] 840 TRADEMARK | [ ] 480 CONSUMER CREDIT [ ] 490 CABLE/SATELLITE TV |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | **LABOR** [ ] 710 FAIR LABOR STANDARDS ACT | **SOCIAL SECURITY** [ ] 861 HIA (1395ff) [ ] 862 BLACK LUNG (923) [ ] 863 DIWC/DIWW (405(g)) [ ] 864 SSID TITLE XVI [ ] 865 RSI (405(g)) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 160 STOCKHOLDERS SUITS | | | [ ] 720 LABOR/MGMT RELATIONS | | |
| [ ] 190 OTHER CONTRACT | | **PRISONER PETITIONS** | [ ] 740 RAILWAY LABOR ACT | | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 195 CONTRACT PRODUCT LIABILITY | **ACTIONS UNDER STATUTES** | [ ] 463 ALIEN DETAINEE [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | **FEDERAL TAX SUITS** | [ ] 891 AGRICULTURAL ACTS |
| [ ] 196 FRANCHISE | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS [ ] 535 DEATH PENALTY | [ ] 790 OTHER LABOR LITIGATION | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 893 ENVIRONMENTAL MATTERS |
| | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 895 FREEDOM OF INFORMATION ACT |
| **REAL PROPERTY** | [ ] 441 VOTING | | | | [ ] 896 ARBITRATION [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW C APPEAL OF AGENCY DECISI |
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT [ ] 443 HOUSING/ ACCOMMODATIONS | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** [ ] 462 NATURALIZATION APPLICATION | | |
| [ ] 220 FORECLOSURE | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 CIVIL RIGHTS [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION ACTIONS | | [ ] 950 CONSTITUTIONALITY STATE STATUTES |
| [ ] 230 RENT LEASE & EJECTMENT | | [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | | | |
| [ ] 240 TORTS TO LAND | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | | | | |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 448 EDUCATION | | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $_____ OTHER _____     JUDGE _____     DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-3.

(PLACE AN x IN ONE BOX ONLY)    **ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from (Specify District) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

☐ a. **all parties represented**

☐ b. **At least one party is pro se.**

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    **IF DIVERSITY, INDICATE CITIZENSHIP BELOW.**

☒ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY) ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☒1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | ☒5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Honorable U.S. DOJ FBI Director James Comey, and Honorable U.S. Attorney Juris Doctor Preet Bharara, SDNY, Manhattan, N.Y., for U.S. Government Plaintiff Ms. Tressa R. Glover, Ph.D

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

South Carolina Electric, Nuclear and Gas Company, Lexington and Richland Counties

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Operations Office SCANA Parkway Cayce, S.C.    |    Headquarters 3344 Peachtree Rd. Atlanta, Ga.    |    Gas Dept. Lexington, S.C.    |    Electric and Audi Depts. Blythewood, S.C.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☒ WHITE PLAINS    ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
Attorney Bar Code # _____

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

U.S. OFFICE OF SPECIAL COUNSEL
Form OSC-12



(202) 254-3640 / (800) 572-2249
OMB Control No. 3255-0002
Exp. Date: 2/28/14

## INFORMATION ABOUT FILING A WHISTLEBLOWER DISCLOSURE
### WITH THE
### OFFICE OF SPECIAL COUNSEL

---

### IMPORTANT

**Before filling out this Office of Special Counsel (OSC) Disclosure of Information form, please read the following sections** about limitations on OSC's jurisdiction over whistleblower disclosures. Only the most frequently occurring impediments to OSC jurisdiction are described. OSC may not have jurisdiction over you or your disclosure for other reasons not discussed below.

---

**COMPLETED DISCLOSURE FORMS CAN BE SENT TO OSC BY MAIL, AT: DISCLOSURE UNIT, OFFICE OF SPECIAL COUNSEL, 1730 M STREET, N.W. (SUITE 218), WASHINGTON, DC 20036-4505. OR BY FAX: 202-254-3711**

**PLEASE KEEP A COPY OF DISCLOSURE MATERIALS PROVIDED TO OSC.** REPRODUCTION CHARGES UNDER THE FREEDOM OF INFORMATION ACT MAY APPLY TO REQUESTS PROCESSED BY OSC FOR COPYING OF COPIES OF MATERIALS IN OSC FILES.

---

### OSC WHISTLEBLOWER DISCLOSURE CHANNEL

The OSC Disclosure Unit serves as a secure channel that can be used to disclose -

- ✓ a violation of law, rule or regulation;
- ✓ gross mismanagement;
- ✓ gross waste of funds;
- ✓ abuse of authority, or
- ✓ substantial and specific danger to public health or safety.

OSC does **not** have authority to investigate the disclosures that it receives. The law provides that OSC will (a) refer protected disclosures that establish a substantial likelihood of wrongdoing to the appropriate agency head, and (b) require the agency head to conduct an investigation, and submit a written report on the findings of the investigation to the Special Counsel.

If OSC finds no substantial likelihood that the information discloses one or more of the categories of wrongdoing, the Special Counsel must: (a) inform the whistleblower of the reasons why the disclosure may not be acted on further; and (b) direct the whistleblower to other offices available for receiving disclosures.

### OSC JURISDICTION

The Disclosure Unit has jurisdiction over federal employees, former federal employees, and applicants for federal employment. It is important to note that a disclosure must be related to an event that occurred in connection with the performance of an employee's duties and responsibilities. The Disclosure Unit has ***no jurisdiction*** over disclosures filed by:

DISCLOSURE OF INFORMATION
Page ii

---

VISIT *HTTP://WWW.OSC.GOV* FOR MORE INFORMATION ABOUT
OSC JURISDICTION AND DISCLOSURE PROCEDURES

---

## INFORMATION ABOUT FILING A WHISTLEBLOWER DISCLOSURE WITH THE OSC *(cont'd)*

- employees of the U.S. Postal Service and the Postal Rate Commission;
- members of the armed forces of the United States (*i.e.*, non-civilian military employees);
- state employees operating under federal grants; and
- employees of federal contractors.

## FIRST-HAND INFORMATION REQUIRED

In order to make a "substantial likelihood" finding (*see previous page*), OSC must be in possession of reliable, first-hand information. OSC cannot request an agency head to conduct an investigation based on an employee's (or applicant's) second-hand knowledge of agency wrongdoing. This includes information received from another person, such as when a fellow employee informs you that he/she witnessed some type of wrongdoing. (Anyone with first-hand knowledge of the allegations you want to report may file a disclosure in writing directly with OSC.) Similarly, speculation about the existence of misconduct does not provide OSC with a sufficient legal basis upon which to send a matter to the head of an agency. If you think that wrongdoing took place, but can provide nothing more than unsubstantiated assertions, OSC will not be able to go forward with the matter.

## DE MINIMIS ALLEGATIONS

While an allegation might technically constitute a disclosure, OSC will not review or refer *de minimis* or trivial matters.

## ANONYMOUS SOURCES

While OSC will protect the identity of persons who make disclosures, it will not consider anonymous disclosures. If a disclosure is filed by an anonymous source, the disclosure will be referred to the Office of Inspector General in the appropriate agency. OSC will take no further action.

## MATTERS INVESTIGATED BY AN OFFICE OF INSPECTOR GENERAL

It is the general policy of OSC not to transmit allegations of wrongdoing to the head of the agency involved if the agency's Office of Inspector General has fully investigated, or is currently investigating, the same allegations.

U.S. OFFICE OF SPECIAL COUNSEL

(202) 254-3640 / (800) 572-2249

## DISCLOSURE OF INFORMATION

*(Please print legibly or type and complete __all__ pertinent items. Enter "N/A" (Not Applicable) or "Unknown" where appropriate.)*

### PART 1: BACKGROUND INFORMATION

1. Name of person seeking OSC action ("Complainant"):    Mr. ( ○ )  Ms. ( ✓ )  Mrs. ( ○ )  Miss ( ○ )

   Tressa R. Glover, Ph. D.

2. Status:

   Current Federal Employee    (  )    Applicant for Federal Employment    (  )

   Former Federal Employee    ( ✓ )    Other *(please specify)*: _____

3. Contact Information:

   Home or mailing address:  Respond to Hon. USA Preet Bharara, U.S. DOJ USAO 300 Quarropas st., White Plains, N.Y.

   Telephone number(s):    ( ___ ) _____ (Home)

                           ( ___ ) _____ (Office) Ext. _____

                           ( ___ ) _____ (Cell)

   Fax number:    ( ___ ) _____

   E-mail address:  tressarglover@yahoo.com; and Preet.Bharara@usdoj.gov.

4. Current position, title, series, and grade:

5. Agency Name: _____

6. Agency Address:

7. How did you first become aware that you could file a disclosure with OSC?

   OSC Brochure (  )        OSC Poster (  )        OSC Speaker (  )        OSC Web Site ( ✓ )

   Agency Personnel Office (  )        Union (  )        Co-worker (  )        News Story (  )

   Other *(please describe)*: _____

                           Date *(approximate)*: _____

DISCLOSURE OF INFORMATION
Page 2

8.  If you are filing this complaint as a legal or other representative of the person making a disclosure, please supply the following information:

Name / title of filer:     Mr. ( ○ )     Ms. ( ○ )     Mrs. ( ○ )     Miss ( ○ )

9.  Contact Information:

Home or mailing address:

Telephone number(s):     (     )  _____ (Home)
                         (     )  _____ (Office)  Ext. _____
Fax number:              (     )  _____
E-mail address:

## PART 2: DETAILS OF YOUR DISCLOSURE

1.  I know about the information I am disclosing here based on (*check all that apply*):
    I have personal and/or direct knowledge of events or records involved ( ✓ )
    Other employees have told me about events or records involved (     )
    Other source(s) ( ✓ )
        *(please explain):*

2.  Please identify the U.S. government department or agency involved in your disclosure:

    *United States Department of the Treasury*

3.  Please identify the organizational unit of the department or agency involved:

    *IG Major Banks, IRSSA Charles Hunter*

4.  Address of the organizational unit:

    *1835 Assembly St., Columbia, SC. 29201*

5.  Please identify the type of agency wrongdoing that you are alleging (*check all that apply*). If you check "violation of law, rule, or regulation," please provide, if you can, the particular law, rule or regulation violated (by name, subject, and/or citation).

    Violation of law, rule, or regulation ( ✓ ) (*please specify*): *See the attached.*

    Gross mismanagement ( ✓ )     Gross waste of funds ( ✓ )  Abuse of authority ( ✓ )
    Substantial and specific danger to public health ( ✓ )  *See the attached.*
    Substantial and specific danger to public safety ( ✓ )  *See the attached.*

DISCLOSURE OF INFORMATION
Page 3

6.  Please describe the agency wrongdoing that you are disclosing, indicating how the agency's actions fit within the type(s) of wrongdoing that you checked in item 5. *(Be as specific as possible about dates, locations and the identities and positions of all persons named. Also, please attach any documents that might support your disclosure. Continue on a separate sheet of paper if you need more space.)*

See the attached.

DISCLOSURE OF INFORMATION
Page 4

## PART 3: OTHER ACTIONS YOU ARE TAKING ON YOUR DISCLOSURE

1. I have previously disclosed (or am disclosing) the violations alleged here to (*complete all that apply*):

   ( ✓ )   Inspector General of department / agency involved          Date: / / / 15

   ( ✓ )   Other office of department / agency involved                Date: 11 / / 15
           (*please specify*):

   ( ✓ )   Department of Justice                                        Date: 2 / / 02

   (   )   Other Executive Branch / department / agency                Date:   /   /
           (*please specify*):

   (   )   General Accounting Office (GAO)                              Date:   /   /

   ( ✓ )   Congress or congressional committee                         Date: 01 / / 14
           (*please specify member or committee*):
           Boehner and Pelosi

   (   )   Press / media (newspaper, television, other)                Date:   /   /
           (*please specify*):

2. If you disclosed the information reported here through any other channel described in question 1, above, what is the current status of the matter?

   See the attached.

## PART 4: CONSENT, CERTIFICATION, AND SIGNATURE

Do you consent to the disclosure of your name to others outside the Office of Special Counsel if it becomes necessary in taking further action on this matter?

I **consent** to disclosure of my name:

Dr. Tressa R. Gloa
Signature

January 3, 2015
Date

I **do not consent** to disclosure of my name:

Signature

Date

I certify that all of the statements made in this complaint (including any continuation pages) are true, complete, and correct to the best of my knowledge and belief. I understand that a false statement or concealment of a material fact is a criminal offense punishable by a fine of up to $10,000, imprisonment for up to five years, or both. 18 U.S.C. § 1001.

Signature _____

Date _____

## PART 5: PRIVACY ACT / PAPERWORK REDUCTION ACT STATEMENTS

*Routine Uses*. Limited disclosure of information from OSC files is needed to fulfill OSC's investigative, prosecutorial and related responsibilities. OSC has described 18 routine uses for information in its files in the *Federal Register* (F.R.), at 66 F.R. 36611 (July 12, 2001), and 66 F.R. 51095 (October 5, 2001). A copy of the routine uses is available from OSC on request. A summary of the routine uses appears below.

OSC may disclose information from its files in the following circumstances:

1. to disclose that an allegation of prohibited personnel practices or other prohibited activity has been filed;

2. to disclose information needed by the Office of Personnel Management (OPM) for inquiries involving civil service laws, rules or regulations, or to obtain an advisory opinion;

3. to disclose information about allegations or complaints of discrimination to entities concerned with enforcement of anti-discrimination laws;

4. to the MSPB or the President, when seeking disciplinary action;

5. to the involved agency, MSPB, OPM, or the President when OSC has reason to believe that a prohibited personnel practice has occurred, exists or is to be taken;

6. to disclose information to Congress in OSC's annual report;

7. to disclose information to third parties (without identifying the complainant unless OSC has the complainant's consent) as needed to conduct an investigation; obtain an agency investigation and report on information disclosed to the OSC whistleblower disclosure channel; or to give notice of the status or outcome of the investigation;

8. to disclose information as needed to obtain information about hiring or retention of an employee; issuance of a security clearance; conduct of a security or suitability investigation; award of a contract; or issuance of a license, grant, or other benefit;

9. to the Office of Management and Budget (OMB) for certain legislative coordination and clearance purposes;

DISCLOSURE OF INFORMATION
Page 6

10. to provide information from an individual's record to a congressional office acting pursuant to the individual's request;

11. to furnish information to the National Archives and Records Administration for records management purposes;

12. to produce summary statistics and work force or other studies;

13. to provide information needed by the Department of Justice for certain litigation purposes;

14. to provide information needed by courts or adjudicative bodies for certain litigation purposes;

15. to disclose information to the MSPB as needed in special studies authorized by law;

16. for coordination with an agency's Office of Inspector General or comparable entity, to facilitate the coordination and conduct of investigations and review of allegations;

17. to news media or the public in certain circumstances (except when the Special Counsel determines that disclosure in a particular case would be an unwarranted invasion of personal privacy); and

18. to the Department of Labor and others as needed to implement the Uniformed Services Employment and Reemployment Rights Act of 1994, and the Veterans' Employment Opportunities Act of 1998.


*Purposes, Burdens, and Other Information.* An agency may not conduct or sponsor a collection of information, and persons may not be required to respond to a collection of information, unless it (a) has been approved by OMB, and (b) displays a currently valid OMB control number. The information in this form is collected pursuant to OSC's legal responsibility (at 5 U.S.C. § 1213) to receive disclosures from current or former federal employees, or applicants for federal employment, alleging possible wrongdoing by federal agencies. The information will be used by OSC to determine whether the facts establish that: (a) OSC has jurisdiction over the subject of the disclosure; (b) there is a substantial likelihood that the facts indicate a violation of law, rule, or regulation; gross mismanagement; a gross waste of funds; an abuse of authority; or a substantial and specific danger to public health or safety; and (c) referral for investigation by the agency involved, or other appropriate action is warranted. The reporting burden for this collection of information is estimated to be an average of one hour per response, including the time for reviewing instructions, searching existing data sources, gathering the data needed, and completing and reviewing the form.

Please send any comments about this burden estimate, and suggestions for reducing the burden, to the U.S. Office of Special Counsel, Legal Counsel and Policy Division, 1730 M Street, N.W. (Suite 201), Washington, DC 20036-4505. Use of this form to report disclosures of information is not mandatory. As indicated in part 4 of the form, filers may request that OSC maintain their name in confidence.

God Saved the Best for Last, for All who Trust Him and Obey. United States Federal Government Team, the Honorable Mrs. Carolyn Guinyard Glover-1996 Medically Retired Manager for the United States Department of Defense Contractors Raytheon and Hughes Aircraft, the Honorable United States of America President's Taskforce Chairman, Top Worldwide United States Attorney Juris Doctor Judge PREETINDER "PREET" SINGH BHARARA's, and the Honorable United States Attorney, United States Assistant Attorney General, United States Department of Defense Contractor Lockheed Martin General Counsel, United States Federal Bureau of Investigations National Director JAMES COMEY's Capital Cases with the Federal Death Penalty:

March 23, 2015

Honorable United States Attorney Juris Doctor PREET BHARARA
United States Attorneys Office for the Southern District of New York
United States Department of Justice
Manhattan, NY, and White Plains, NY

Honorable United States Attorney Juris Doctor PREET BHARARA
United States of America President's Taskforce on Financial Crimes, Financial Intelligence Crimes, and Terrorisms Chairman
The White House
The President's Cabinet
The Oval Office
The Executive Office of the President
Washington, D.C.

Honorable United States Attorney Juris Doctor PREET BHARARA
United States Securities and Exchange Commission Co-Chairman
United States Securities and Exchange Commission
Washington, D.C.

Honorable United States Attorney Juris Doctor Attorney PREET BHARARA
United States Congress Congressional Committee Leader
United States Congress
Washington, D.C.

Honorable United States Attorney Juris Doctor PREET BHARARA
United States Supreme Court Petitioner as the United States of America
Washington, D.C.

Honorable United States Attorney Juris Doctor PREET BHARARA
United States Secret Spy Court Petitioner as the United States of America
Washington, D.C.

Honorable United States Attorney Juris Doctor PREET BHARARA
United States District Court of Manhattan, New York Petitioner as the United States of America
United States District Court of White Plains, New York Petitioner as the United States of America

Honorable United States Attorney Juris Doctor PREET BHARARA
United States Court of Appeals of Manhattan, New York Petitioner as the United States of America


Ms. Tressa R. Glover, Ph.D., formerly Parker,
United States Government Plaintiff,

Capital Cases Lawsuit for $999 Trillion Dollars,


Restitutions for Losses Suffered:
For an offense resulting in physical injury to a victim, the United States Federal Court may order: payment equal to the cost of necessary medical and related professional services and devices relating to physical, psychiatric, and psychological care; payment equal to the cost of necessary physical and occupational therapy and rehabilitation; childcare; transportation; education expenses; travel; and/or reimbursement to the victim for income lost as a result of the offense. Victims of violent crimes may be eligible for victim compensation which can often pay for medical and psychological costs, loss of income or support, or funeral expenses related to the crime. If a victim has received compensation from insurance, disability, the Crime Victims' Compensation Fund, or any other source with respect to a loss, the United States Federal Court shall order that restitution be paid to the person/company who provided or is obligated to provide the compensation. However, the restitution order shall provide that all restitution is payable to actual victims first.


United States Office of Government Ethics:

1. Statues
http://www.oge.gov/Laws-and-Regulations/Statutes/Statutes/

2. Use of Position or Government Resources
http://www.oge.gov/Topics/Use-of-Government-Position-and-Resources/Use-of-Government-Position---Resources/

3. Financial Disclosures
http://www.oge.gov/Financial-Disclosure/Financial-Disclosure/

4. Outside Employment and Activities
http://www.oge.gov/Topics/Outside-Employment-and-Activities/Outside-Employment---Activities/

5. Gifts and Payments
http://www.oge.gov/Topics/Gifts-and-Payments/Gifts---Payments/

6. Enforcement
http://www.oge.gov/Topics/Enforcement/Enforcement/

UNITED STATES FEDERAL GOVERNMENT OFFICIAL EVIDENCE SUBSTANTIATES:

Federal Death Penalty of 1994
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00069.htm ;

Federal Death Penalty of 1994
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00069.htm ;

Murder for Hire
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00007.htm ;

The Use of Biological, Nuclear, Chemical or Other Weapon of Mass Destruction.
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00017.htm ;

Torture.
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00020.htm ;

Hostage Taking
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00011.htm ;

Conspiracy Within the United States to Murder or Kidnap... (Overseas)
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00014.htm ;

Terrorist Acts (Abroad)....
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00011.htm ;

OUTLINE FOR THE DEATH PENALTY
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00073.htm ;

Death Penalty Evaluation By Homicides
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00074.htm ;

Death Penalty Evaluation By Killings
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00075.htm ;

Death Penalty Evaluation By Espionage and Treason
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00076.htm ;

Death Penalty By Narcotics
http://www.justice.gov/usao/eousa/foia_reading_room/usam/title9/crm00077.htm ;

Versus,

Convicted Criminal Defendants, Convicted Criminal Respondents,

Walter Bailey

David Pascoe

Phillip Baldwin

Randall Drye

Theodore Faber

Mitchell Feinman

Dianne Shaffer Goodstein

Arnold Goodstein

Jeffrey Pascoe

Brian Pascoe

Kristie Kemmerlin Pascoe [Ella Wright Hopkins, St. Matthews, SC]

Linda Kemmerlin Bryant

Rogers Kemmerlin

Harry Bryant

Dewey Kemmerlin

Robert L. Bryant Insurance Co.

Bryant Properties

Honorable United States Social Security Administration Executive Regional Officer Mr. DARRELL SHEFFIELD, District Director, Capital Cases Evidence: I began college at the young age of 13 years old, high school freshman, as a 4 year participant of the USC BioMedical Sciences Program, Columbia, SC campus, and Aiken, SC Salkehatchie campus, attending classes throughout the entire year, for 4 years consecutively, graduated at the age of 17 years old, in the top 1% of my graduating class, and continued my formal education and formal training, until becoming totally medically disabled May 2008 with on the job injuries and repetitive traumas inflicted by my employer, Orangeburg School District Five, aided and abetted by Charles and Major that began the year 2000-ie implantation of cancer, delivery of flowers at home two days prior the scheduled emergency surgery, contamination of surgical tools to cause hemorrhaging, immediate second emergency surgery; 2003 office poisoning that also caused severe brain injuries, temporary total blindness, mental status alteration, suicide attempt with a legally owned firearm, psychotic disorders, paranoia, mood disorders, schizophrenia, etc.; many, many others, throughout, including 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015-proven poisonings of water, foods, beverages, food dry goods, clothing garments, linens, personal products, toothpaste, lotions, etc., additional chemical poisonings to the eyes-see November 30, 2013 photographs, and many other photographs, all forensic items  received by Treasury, contaminated blood poisonings, additional attempted vehicular homicides through chemical poisonings to the eyes while driving causing blindness-ie February and March 2010, drowsiness, major parts vandalisms, removals of brakepads prior to new vehicle pick-up, etc. Diagnosed Impairments, Treatments, and Dates:

A). Mental Disorders
May 2003 Chemical Toxic Poisonings, Traumatic Brain Injury, etc.

August 2004 –January 2005 Providence Hospital multiple positive fatal homicidal poison results diagnoses,  2003/2004 suicide attempt using a legally owned and registered .22 caliber firearm pointed at the head's temple that was interceded by Mother, schizophrenic, paranoid, psychotic disorders, mood disorders, *traumatic brain injury, isolation, emotional withdrawal, recurrent and intrusive recollections of traumatic experiences which are sources of marked distresses, severe traumatic brain injuries associated with

severe mental illnesses, dysfunctions of the brain, severe vertigo with vomiting, chronic organic mental disorders, memory impairment-inability to learn new information, intermediate or long-term, inability to remember information that was known sometime in the past, difficulty maintaining concentration, pace, or persistence, abnormal mental state, alternation of the mental status caused by the fatal homicidal poisonings, disorientation, change in personality, disturbances of mood, emotional lability-sudden crying, cognitive dysfunctions-loss of measured intellectual ability from premorbid levels, marked restrictions of activities of daily living, repeat episodes of decompensation of extended duration, residual disease that has resulted in such marginal adjustment that even a minimal increase in mental demands or change in the environment would be predicted to cause the individual to decompensate, disorganized, affective disorders-disturbance of mood, depressive syndrome, severe depression, sleep disturbance, sleep apnea, difficulty breathing while sleeping, decreased energy, difficulty concentrating or thinking, paranoid thinking, pressure of speech, anxiety related disorders-persistent fear of a specific object, activity, or situation which results in a compelling desire to avoid the dreaded object, activity or situation, panic attacks associated with delirium, somatoform disorders-former temporary total blindness, near low vision, poor memory, disturbances of vision, speech, use of a limb, seizures, totally diminished sensations, personalitydisorders-isolation, emotional withdrawal, recurrent and intrusive recollections of traumatic experiences which are the sources of marked distresses, oddities of thoughts, slight hemorrhaging, darkening around the eyes due to low blood flow, stroke like symptoms, and schizophrenia, insomnia, stopping of breathing while sleeping, neuropsychiatric disorders

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

B). Cardiovascular System Impairments
heart disease, lvdd heart disease, recurrent arrhythmias, myocarditis, periocarditis, tzeites syndrome, inflammation of the rib cage and lungs,

abnormal rhythm, pain, fluid retention and swelling, medical inability to perform exercise test, limited cardiac output, terminal impairments, easy fatigue, weakness, shortness of breath-dyspnea, asthma, chest discomfort, cough, shortness of breath that cause awakening while asleep-paroxysmal nocturnal dyspnea, palpitations, asthma

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

C). Respiratory System Impairments
episodic respiratory diseases requiring emergency visits to the hospital for oxygen, asthma requiring albuterol inhaler and vaporizer, shortness of breath, noticeably noisy breathing when sitting, walking, standing, and sleeping, difficulty breathing, sleep related breathing disorders-daytime sleepiness, sleep apnea, awakening during sleep due to stoppage of breathing while sleeping, inflammation of the lungs, heart, and rib cage, inflammatory infections of the lungs, heart, and rib cage, inability to exercise, obesity, chronic pulmonary insufficiency, chronic asthma bronchitis, pulmonary infections

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

D). Muskoskeletal Disorders Impairments
multiple sclerosis, sclerosis of the joints, muskoskeletal impairments and inflammatory diseases, pain, inability to ambulate effectively, impairments interferes very seriously with the individual's ability to initiate, sustain and complete activies, inability to exercise, use of assistive devices, chronic joint stiffness, with signs of limitations of motion and other abnormal motion affected by joints, pain with every movement and while sitting still

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

E). Digestive System Impairments
gastrointestinal disorders, inflammatory bowel-diarrhea, abdominal pain, arthralgia, tenderness, fatigue, nausea, vomiting, gas and bloating after each meal and beverage, hematochezia-infrequent bloody stools

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

F). Special Senses and Speech Impairments
2004 total temporary blindness-statutory blindness, inability to do fine work, nearly low vision, speech difficulties, emotional isolation, inflammation of the eyes, infections of the eyes, use of corrective lenses, vertigo, meniere's disease-paroxysmal attacks with dizziness, vomiting, ataxia, and incapacitation during the attacks

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

G). Hemotological Disorders Impairments
anemia, swollen lymph nodes, painful lymph nodes

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015

H). Skin Disorders Impairments
chronic inflammatory skin infections anddisorders that also affect dental, scarred skindisorders, dermatitis,

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

I). Endocrine System Impairments
thyroid disorder, hyperthyroidism with calcification of the skeletal system, hyperactive thyroid, goiter, graves disease, vertigo, alopecia

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

J). Neurological Impairments
neuropsychiatric disorders, sclerosis of the joints, pain, severe vertigo with vomiting, multiple sclerosis, difficulty standing without pain of the joints and maintaining balance, stooping, and walking

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

K). Neoplastic Diseases Impairments
lymph nodes, gallbladder, central nervous system, skeletal system, urinary bladder, (prior malignant uterine diagnosis April 2001)

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

L). Autoimmune Disorders Impairments
malignant uterine, associated with hemorrhaging requiring a blood transfusion and two emergency surgeries April 2001, rheumatic diseases, and collagen vascular disorders, associated with severe fatigue, fever, malaise, diffuse musculoskeletal pain, exhaustion, reduced physical and reduced mental function, bodily discomfort, inability to ambulate effectively, extra-articular of the hearts, skin, and lungs, inability to perform fine and gross movements effectively, major peripheral joint pain, cardiovascular-encarditis, pericarditis, myocarditis, tzeites syndrome, inflammation of the rib cage, neurologic-seizures, mental-cognitive dysfunction, poor memory, low memory, anxiety, schizophrenia, paranoid, fluctuating cognition, mood disorders, organic brain syndrome, psychosis, hematologic-anemia, polymyositis and dermatomyositis-inflammation of the striated muscle-symmetric weakness, pain and tenderness of the shoulder and pelvic musculature, weakness of the pelvic girdle muscles, inability to rise independently from a squatting or sitting position, difficulty climbing stairs, unable to ambulate effectively, weakness of the shoulder girdle muscles and inflammation of the rib cage-inability to perform lifting, carrying, reaching overhead, difficulty performing activities requiring fine movements, inflammatory arthritis-joint swelling, pain, and tenderness which sometimes hinder the closing of shoes, etc., with extreme limitations, disfigurements of the ankles, difficulty maintaining concentration, pace, and persistence

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

## M. GENITOURINARY IMPAIRMENTS

nephrotic syndrome associated with anasarca-massive swelling, neuropathy-pain, numbing, and tingling of the arms, legs, hands, fingers, severe muscle weakness

Treatments: Medical, Mental, Pharmacological, Counseling, Dental, and Psychiatric Visits, Hospitalizations, and Prescriptions

Dates: May 2003 through the present, June 2015, which include the requested date of February 2013 through the present date of June 2015

Versus

Michael Graham – native of Terhar, Iran, private attorney of defunct Rogers Townsend and Thomas LLC with

Usama Osama Ben Laden, and All Accomplices

Khaled al Fawwaz

Sulaiman Abu Ghaith

William Bill Swanson-Raytheon CEO

Hughes Aircraft, Worldwide

Raytheon, Worldwide

Charles Hunter

Internal Revenue Service-SA Charles Hunter, Cliff Brown, Cynthia McIntyre, etc.

IRS-Columbia and Florence

Minda Andrews Hunter, Old River Road, Pamplico, SC

Major William Banks-TIG SA

Johnny Taylor-FBI SA

Rick Bunch- FBI SA

Michael Burke-DEA

Adam Roberson-DEA

Herman Washington-DOL

Brian Roberson-DOL

Postal Service-Orangeburg, St. Matthews, Columbia, and Lexington, SC

Department of Education

Equal Employment Opportunity Commission

Department of Labor-Columbia, SC

Federal Bureau of Investigations-Columbia, SC

Department of Defense

Central Intelligence Agency

Social Security Administration-Orangeburg, Columbia, and Camden, SC

Linda Page, SSA-Orangeburg, SC

Julius Page, Postal Service-Orangeburg, SC

Angela Hallingquest, SSA-Columbia, SC

Christopher Hallingquest, Marshals-Columbia, SC

Chris and Sharice Jenkins, SSA-Columbia, SC

Karen Curtis, SSA-Columbia, SC

Arnold Miller, SSA-Columbia, SC

Gloria Pooser, SSA-Columbia, SC

Jacqueline Jacquelyn Gayle, SSA-Columbia, SC

Veterans Administration-Columbia, SC

Housing and Urban Development-Columbia, SC

Secret Service-Columbia, SC

Marshals-Columbia, SC

Congressional HORs-SC

Congressional Senators-SC

U.S.D.C., Columbia, SC

U.S.B.C., Columbia, SC

4th CCO, Richmond, Va.

Center for Medicare/Medicaid Services 1996 to the Present Date

Center for Disease Control

Mark Morini-TIGTA, Columbia, SC

Tim Finley-TIGTA SAC, Columbia, SC

Mark Green-SAC, Columbia, SC

Jeannine Hammett-SAC-Columbia, SC and Washington, D.C.

Kevin Riley-Marshal, USA-Columbia, SC

Carol Gainey-Marshal, U.S.D.C.-Columbia, SC

Chuck Gladheart-Marshal, U.S.D.C.-Columbia, SC

Michael Etheridge Etheredge-Marshal, U.S.D.C., Columbia, SC

Ben no last name-Marshal, U.S.D.C., Columbia, SC

Kelvin Washington-Lead Marshal, U.S.D.C., Columbia, SC

DHL-Columbia and West Columbia, SC

USA-Columbia, SC

John Ashcroft, Laurence Larry McWhorter, Bart McDaniel, JP Strom, Reginald Lloyd, William Bill Nettles, etc.

Workers Compensation Commission, Columbia, SC

S. Hunter-Providence Hospital Lab Supervisor

Vernon Dunbar

George Hunter

Hunter Tobacco Farm

Carole Green Hunter-Ca. Public Schools; George Bush's Offices

Hunter's Tax Services-Woodbridge, Va.

Hunter's Employment Services-Woodbridge, Va.

Hunter's Services-Woodbridge, Va.

Beverly and Rick Hunter Anderson

Sharon Sheri Hunter

Minda Annise Hunter-on campus of USC, Columbia, SC

Malakia Hunter-campus of Woodbridge High School, Woodbridge, Va.

Equifax Credit Reporting Bureau

Experian Credit Reporting Bureau

TransUnion Credit Reporting Bureau

Innovis Life, Health, Auto, Homeowners, etc. Insurances Reporting Bureau

George Hunter, III

James Hunter, Sr.

Andrew Hunter, Jr.

James Hunter, Jr.

Robert Hunter

James and Emily English Clyburn

Karen Hunter

Autumn Hunter

Vernita Billingslea

Karen and David Johnson Williams

SC HORs

SC Senate

Mark Sandford-SC Governor

Jenkins Funeral Homes

Private Attorneys Christopher Isgette/Mary Miles/Lawrence Keitt/Gerald Davis/Johnny Simpson

Charles Berry-Albemarle Chemical Mfg. Co., and Savannah River Site Nuclear Plant

Samuel Bernard Berry, Bronx, NY

Shirley Green Jones

Mary Margaret Green Parker Kimpson Gardner

SC HAC/SC AGO/SC ACDL/SC JD/SC CLJC/SC LED/SC CJA, etc.

SC Dept. of Ed.-w/program frauds of DMH, DSNB, DPPP, DSS, ESC, DEW, DMV, DOI, etc.

Orangeburg School District Five Entirely, 578 Ellis Avenue, Orangeburg, SC

Orangeburg County

Richland County

Calhoun County

Lexington County

Aiken County

Richland County

Cities of Orangeburg, St. Matthews, Cameron, Lexington, and Columbia, SC

John, Harold, Maggie, Davie, Hazel, and John Whaley Rickenbacker

Zenobia and Ingrid Jenkins Williams

Eddie and S. Monique Preston Colter/Coulter

Geneva Jenkins Bovian

Sherrie and Cliff Bovian Dantzler

Walter Heyward Tobin, Sr.

Walter Tobin, Sr.

Bernice Tobin

Kim Foster Tobin

Bridgette Heyward Zimmerman

Teresa Charley Edmonds

Cynthia and Glenn Colter Aiken

Kendra and Kenneth Bennett

Vivian and Issac Ross Bennett, aka Bennett Ross

Bernie, Ethel, and Denver Wright

Enoch, Elijah, Jerome, Amanda, Rosalind,  and Charles Watson Howell Jenkins

David Thomas, Linda Fink Thomas, Susan Fink Mitchell, Shannon Mitchell Pauling

Dan and Dora Bowman

William Bowman-RTT, LLC

Freddie and Isabelle Lay Shuler Guinyard, Freddie and Angela Norris Guinyard, Jr., Yvonne and Mernard Norris Clarkson, Dianne and Malik Guinyard Jackson, Eloise Shuler Guinyard, Maria Guinyard Brown, Vanetta Guinyard Tyler, Frank Douglas, Joseph, Liz, Lawrence, Virginia, Marvin, and William Shuler Zimmerman Keitt, Wesley, Pat, Annie, John, Eartha, Cecilia, Ronald, Tommy, Mary, and Andrew Alexander Watson Brown, Elaine Alexander, Deltrease Hart Anderson, Judy Hart, Yvette Hart Jamison, Alvin,

Clint, Shaundrea and Janice Cheeseboro Keitt, Wanda McMichael, Teresa, Henry, and Henry Charley Edmunds, Cynthia, Victoria, and Glenn Colter Aiken, Stephon, Ruby, William Allen, and Sharice Glivens Edwards, Bobby, Tara, Larry, and Megan Danner Leysath Rivers, Charles and Rosalind Howell Jenkins, Johnny Simpson, Mary Pondexter Miles, Tony Addison, Virgin Johnson, Antoinette Johnson, Gerald Davis, Shirley Baxter Caldwell, Stan and Anthony Caldwell, Ransome and Charles Baxter, Chandra Brooks Spigner, Michael and Terensea Carter Bartley, Wendell Davis, Larry and Rene Williams, Saundra and Bobby Shuler, Leroy and Barbara Ravanell, Roger, Roscoe, Hyrett and Lou Ella Cleckley, Laviesha Frazier Phelps, Javon Johnson, Vernon and Hilda Johnson Stephens, Mildred Mack Richardson, Greg, Rebecca, Geraldyne and John Matthews, Charlie, Johnathan and Ceicillus Spell, Paul, Paul, Sadia, Willie, James, Priscilla, Joel and Sherrie Mack Robinson

---

Resource Guides, Three of Several:

(1)   2004 to the Present Date
      U.S. DHHS CDC NIOSH Hazard Chemicals, Cancer Causing Carcinogens, Pesticides, Herbicides, Insecticides, etc. Guide, entitled 2005-149.pdf, www.niosh.gov, or www.cdc.gov:

Page ix: IDLH This section lists the immediately dangerous to life or health concentrations (IDLHs). For the June 1994 Edition of the Pocket Guide, NIOSH reviewed and in many cases revised the IDLH values. The criteria utilized to determine the adequacy of the original IDLH values were a combination of those used during the Standards Completion Program and a newer methodology developed by NIOSH. These "interim" criteria formed a tiered approach, preferentially using acute human toxicity data, followed by acute animal inhalation toxicity data, and then by acute animal oral toxicity data to determine a preliminary updated IDLH value.

Page xvi: Exposure Routes-inhalation, ingestion, and absorption, Symptoms, and Target Organs. The first row for each substance in this section lists the toxicologically important entry routes (ER) and whether contact with the skin or eyes is potentially hazardous. The second row lists the potential symptoms of exposure (SY) and whether NIOSH considers the substance a potential

occupational carcinogen ([carc]). The third row lists target organs (TO) affected by exposure to the substance (for carcinogens, the types of cancer are listed in brackets). Information in this section reflects human data.

(2) U.S. DHHS Agency for Toxic Chemicals and Disease Registry Guide

2003-2004 Medical Evidence

(Reference the previously distributed 9/11 airplane fuel's chemical components, that included the oleffins, parafins, etc., specifically injected as Mother's alleged chemotherapy drugs.)

2a. Arsenic CAS ID #: 7440-38-2

Affected Organ Systems: Dermal (Skin), Gastrointestinal (Digestive), Hepatic (Liver), Neurological (Nervous System), Respiratory (From the Nose to the Lungs)

Cancer Classification: NTP: Known to be a Human Carcinogen

2b. Acrylonitrile CAS ID #: 107-13-1

Affected Organ Systems: Brain Tumors, Developmental (effects during periods when organs are developing) , Hematological (Blood Forming), Neurological (Nervous System), Reproductive (Producing Children)

Cancer Classification: NTP: Reasonably Anticipated to be a Human Carcinogen

2c. Aldrin/Dieldrin CAS ID #: 309-00-2, 60-57-1

Affected Organ Systems: Developmental (effects during periods when organs are developing) , Endocrine (Glands and Hormones), Hepatic (Liver), Immunological (Immune System), Neurological (Nervous System)

Chemical Classification: Pesticides (chemicals used for killing pests, such as rodents, insects, or plants)

### 2d. Bromoform & Dibromochloromethane CAS ID #: 75-25-2, 124-48-1

Affected Organ Systems: Hepatic (Liver), Hepatic (Liver), Neurological (Nervous System), Renal (Urinary System or Kidneys)

Chemical Classification: Volatile organic compounds

### 2e. Nerve Agents (GA, GB, GD, VX) CAS ID #: 77-81-6, Tabun (GA); 107-44-8, Sarin (GB); 96-64-0, Soman (GD); 50782-69-9, VX

Chemical Classification: Warfare and Terrorism Agents (used in acts of war or terror)

Summary: Nerve agents GA (tabun), GB (sarin), GD (soman), and VX are manufactured compounds initially developed as insecticides, that causes immediate death.

### 2f. Trichloroethylene (TCE) CAS ID #: 79-01-6

Affected Organ Systems: Developmental (effects during periods when organs are developing) , Neurological (Nervous System)

Cancer Classification: NTP: Reasonably Anticipated to be a Human Carcinogen, EPA: Carcinogenic to humans, IARC: Carcinogenic to humans (evidence for cancer is based on kidney cancer, limited evidence for non-Hodgkin lymphoma and liver cancer, as well as, various tumors in animals)

Chemical Classification: Volatile organic compounds

Summary: Trichloroethylene (TCE) is a nonflammable, colorless liquid with a somewhat sweet odor and a sweet, burning taste. It is used mainly as a solvent to remove grease from metal parts.

2g. Methylene Chloride CAS ID #: 75-09-2

Affected Organ Systems: Cardiovascular (Heart and Blood Vessels), Hepatic (Liver), Neurological (Nervous System)

Cancer Classification: NTP: Reasonably Anticipated to be a Human Carcinogen

Chemical Classification: Pesticides (chemicals used for killing pests, such as rodents, insects, or plants)


2h. Lead CAS ID #: 7439-92-1

Affected Organ Systems: Cardiovascular (Heart and Blood Vessels), Developmental (effects during periods when organs are developing) , Gastrointestinal (Digestive), Hematological (Blood Forming), Musculoskeletal (Muscles and Skeleton), Neurological (Nervous System), Ocular (Eyes), Renal (Urinary System or Kidneys), Reproductive (Producing Children)

Cancer Classification: NTP: Reasonably Anticipated to be a Human Carcinogen


(3). U.S. DOD VA Agent Orange Guides, entitled AgentOrangeGuide.PDF, etc.

# APPENDIX A

# USER'S GUIDE

### Chapter 1

### Public Health Statement

This chapter of the profile is a health effects summary written in non-technical language. Its intended audience is the general public especially people living in the vicinity of a hazardous waste site or chemical release. If the Public Health Statement were removed from the rest of the document, it would still communicate to the lay public essential information about the chemical.

The major headings in the Public Health Statement are useful to find specific topics of concern. The topics are written in a question and answer format. The answer to each question includes a sentence that will direct the reader to chapters in the profile that will provide more information on the given topic.

### Chapter 2

### Tables and Figures for Levels of Significant Exposure (LSE)

Tables (2-l) 2-2, and 2-3) and figures (2-l and 2-2) are used to summarize health effects and illustrate graphically levels of exposure associated with those effects. These levels cover health effects observed at increasing dose concentrations and durations, differences in response by species, minimal risk levels (MRLs) to humans for noncancer endpoints, and EPA's estimated range associated with an upper-bound individual lifetime cancer risk of 1 in 10,000 to 1 in 10,000,000. Use the LSE tables and figures for a quick review of the health effects and to locate data for a specific exposure scenario. The LSE tables and figures should always be used in conjunction with the text. All entries in these tables and figures represent studies that provide reliable, quantitative estimates of No-Observed-Adverse-Effect Levels (NOAELs), Lowest-Observed-Adverse-Effect Levels (LOAELs), or Cancer Effect Levels (CELs).

The legends presented below demonstrate the application of these tables and figures. Representative examples of LSE Table 2-l and Figure 2-l are shown. The numbers in the left column of the legends correspond to the numbers in the example table and figure.

### LEGEND

#### See LSE Table 2-1

(1) Route of Exposure One of the first considerations when reviewing the toxicity of a substance using these tables and figures should be the relevant and appropriate route of exposure. When sufficient data exists, three LSE tables and two LSE figures are presented in the document. The three LSE tables present data on the three principal routes of exposure, i.e., inhalation, oral, and dermal (LSE Table 2-1, 2-2, and 2-3, respectively). LSE figures are limited to the inhalation (LSE Figure 2-l) and oral (LSE Figure 2-2) routes. Not all substances will have data on each route of exposure and will not therefore have all five of the tables and figures.

(2) Exposure Period Three exposure periods - acute (less than 15 days), intermediate (15-364 days), and chronic (365 days or more) are presented within each relevant route of exposure. In this example, an inhalation study of intermediate exposure duration is reported. For quick reference to health effects occurring from a known length of exposure, locate the applicable exposure period within the LSE table and figure.

(3) Health Effect The major categories of health effects included in LSE tables and figures are death, systemic, immunological, neurological, developmental, reproductive, and cancer. NOAELs and LOAELs can be reported in the tables and figures for all effects but cancer. Systemic effects are further defined in the "System" column of the LSE table (see key number 18).

(4) Key to Figure Each key number in the LSE table links study information to one or more data points using the same key number in the corresponding LSE figure. In this example, the study represented by key number 18 has been used to derive a NOAEL and a Less Serious LOAEL (also see the 2 " 1%" data points in Figure 2-l).

(5) Species The test species, whether animal or human, are identified in this column. Section 2.4, "Relevance to Public Health," covers the relevance of animal data to human toxicity and Section 2.3, "Toxicokinetics," contains any available information on comparative toxicokinetics. Although NOAELs and LOAELs are species specific, the levels are extrapolated to equivalent human doses to derive an MRL.

(6) Exposure Frequency/Duration The duration of the study and the weekly and daily exposure regimen are provided in this column. This permits comparison of NOAELs and LOAELs from different studies. In this case (key number 18), rats were exposed to toxaphene via inhalation for 6 hours per day, 5 days per week, for 3 weeks. For a more complete review of the dosing regimen refer to the appropriate sections of the text or the onginal reference paper, i.e., Nitschke et al. 1981.

(7) System This column further defines the systemic effects. These systems include: respiratory, cardiovascular, gastrointestinal, hematological, musculoskeletal, hepatic, renal, and dermal/ocular. "Other" refers to any systemic effect (e.g., a decrease in body weight) not covered in these systems. In the example of key number 18, 1 systemic effect (respiratory) was investigated.

(8) NOAEL A No-Observed-Adverse-Effect Level (NOAEL) is the highest exposure level at which no harmful effects were seen in the organ system studied. Key number 18 reports a NOAEL of 3 ppm for the respiratory system which was used to derive an intermediate exposure, inhalation MRL of 0.005 ppm (see footnote "b").

(9) LOAEL A Lowest-Observed-Adverse-Effect Level (LOAEL) is the lowest dose used in the study that caused a harmful health effect. LOAELs have been classified into "Less Serious" and "Serious" effects. These distinctions help readers identify the levels of exposure at which adverse health effects first appear and the gradation of effects with increasing dose. A brief description of the specific endpoint used to quantify the adverse effect accompanies the LOAEL. The respiratory effect reported in key number 18 (hyperplasia) is a Less serious LOAEL of 10 ppm. MRLs are not derived from Serious LOAELs.

(10) Reference The complete reference citation is given in chapter 8 of the profile.

(11) <u>CEL</u> A Cancer Effect Level (CEL) is the lowest exposure level associated with the onset of carcinogenesis in experimental or epidemiologic studies. CELs are always considered serious effects. The LSE tables and figures do not contain NOAELs for cancer, but the text may report doses not causing measurable cancer increases.

(12) <u>Footnotes</u> Explanations of abbreviations or reference notes for data in the LSE tables are found in the footnotes. Footnote "b" indicates the NOAEL of 3 ppm in key number 18 was used to derive an MRL of 0.005 ppm.

**LEGEND**

## See Figure 2-1

LSE figures graphically illustrate the data presented in the corresponding LSE tables. Figures help the reader quickly compare health effects according to exposure concentrations for particular exposure periods.

(13) <u>Exposure Period</u> The same exposure periods appear as in the LSE table. In this example, health effects observed within the intermediate and chronic exposure periods are illustrated.

(14) <u>Health Effect</u> These are the categories of health effects for which reliable quantitative data exists. The same health effects appear in the LSE table.

(15) <u>Levels of Exposure</u> concentrations or doses for each health effect in the LSE tables are graphically displayed in the LSE figures. Exposure concentration or dose is measured on the log scale "y" axis. Inhalation exposure is reported in $mg/m^3$ or ppm and oral exposure is reported in mg/kg/day .

(16) <u>NOAEL</u> In this example, 18r NOAEL is the critical endpoint for which an intermediate inhalation exposure MRL is based. As you can see from the LSE figure key, the open-circle symbol indicates to a NOAEL for the test species-rat. The key number 18 corresponds to the entry in the LSE table. The dashed descending arrow indicates the extrapolation from the exposure level of 3 ppm (see entry 18 in the Table) to the MRL of 0.005 ppm (see footnote "b" in the LSE table).

(17) <u>CEL</u> Key number 38r is 1 of 3 studies for which Cancer Effect Levels were derived. The diamond symbol refers to a Cancer Effect Level for the test species-mouse. The number 38 corresponds to the entry in the LSE table.

(18) <u>Estimated Upper-Bound Human Cancer Risk Levels</u> This is the range associated with the upper-bound for lifetime cancer risk of 1 in 10,000 to 1 in 10,000,000. These risk levels are derived from the EPA's Human Health Assessment Group's upper-bound estimates of the slope of the cancer dose response curve at low dose levels (qi*).

(19) <u>Key to LSE Figure</u> The Key explains the abbreviations and symbols used in the figure.

APPENDIX A

SAMPLE

## TABLE 2-1. Levels of Significant Exposure to [Chemical x] – Inhalation

| Key to figure[a] | Species | Exposure frequency/ duration | System | NOAEL (ppm) | LOAEL (effect) | | Reference |
|---|---|---|---|---|---|---|---|
| | | | | | Less serious (ppm) | Serious (ppm) | |
| INTERMEDIATE EXPOSURE | | | | | | | |
| Systemic | | | | | | | |
| 18 | Rat | 13 wk 5d/wk 6hr/d | Resp | 3[b] | 10 (hyperplasia) | | Nitschke et al. 1981 |
| CHRONIC EXPOSURE | | | | | | | |
| Cancer | | | | | | | |
| 38 | Rat | 18 mo 5d/wk 7hr/d | | | | 20 (CEL, multiple organs) | Wong et al. 1982 |
| 39 | Rat | 89–104 wk 5d/wk 6hr/d | | | | 10 (CEL, lung tumors, nasal tumors) | NTP 1982 |
| 40 | Mouse | 79–103 wk 5d/wk 6hr/d | | | | 10 (CEL, lung tumors, hemangiosarcomas) | NTP 1982 |

[a] The number corresponds to entries in Figure 2-1.

[b] Used to derive an intermediate inhalation Minimal Risk Level (MRL) of $5 \times 10^{-3}$ ppm; dose adjusted for intermittent exposure and divided by an uncertainty factor of 100 (10 for extrapolation from animal to humans, 10 for human variability).

CEL = cancer effect level; d = days(s); hr = hour(s); LOAEL = lowest-observed-adverse-effect level; mo = month(s); NOAEL = no-observed-adverse-effect level; Resp = respiratory; wk = week(s)



Figure 2-1.  Levels of Significant Exposure to [Chemical X] – Inhalation

Chapter 2 (Section 2.4)

Relevance to Public Health

The Relevance to Public Health section provides a health effects summary based on evaluations of existing toxicologic, epidemiologic, and toxicokinetic information. This summary is designed to present interpretive, weight-of-evidence discussions for human health endpoints by addressing the following questions.

     1. What effects are known to occur in humans?

     2. What effects observed in animals are likely to be of concern to humans?

     3 . What exposure conditions are likely to be of concern to humans, especially around hazardous waste sites?

The section covers endpoints in the same order they appear within the Discussion of Health Effects by Route of Exposure section, by route (inhalation, oral, dermal) and within route by effect. Human data are presented first, then animal data. Both are organized by duration (acute, intermediate, chronic). *In vitro* data and data from parenteral routes (intramuscular, intravenous, subcutaneous, etc.) are also considered in this section. If data are located in the scientific literature, a table of genotoxicity information is included.

The carcinogenic potential of the profiled substance is qualitatively evaluated, when appropriate, using existing toxicokinetic, genotoxic, and carcinogenic data. ATSDR does not currently assess cancer potency or perform cancer risk assessments. Minimal risk levels (MRLs) for noncancer endpoints (if derived) and the endpoints from which they were derived are indicated and discussed.

Limitations to existing scientific literature that prevent a satisfactory evaluation of the relevance to public health are identified in the Data Needs section.

## Interpretation of Minimal Risk Levels

Where sufficient toxicologic information is available, we have derived minimal risk levels (MRLs) for inhalation and oral routes of entry at each duration of exposure (acute, intermediate, and chronic). These MRLs are not meant to support regulatory action; but to acquaint health professionals with exposure levels at which adverse health effects are not expected to occur in humans. They should help physicians and public health officials determine the safety of a community living near a chemical emission, given the concentration of a contaminant in air or the estimated daily dose in water. MRLs are based largely on toxicological studies in animals and on reports of human occupational exposure.

MRL users should be familiar with the toxicologic information on which the number is based. Chapter 2.4, "Relevance to Public Health," contains basic information known about the substance. Other sections such as 2.6, "Interactions with Other Substances," and 2.7, "Populations that are Unusually Susceptible" provide important supplemental information.

MRL users should also understand the MRL derivation methodology. MRLs are derived using a modified version of the risk assessment methodology the Environmental Protection Agency (EPA) provides (Barnes and Dourson 1988) to determine reference doses for lifetime exposure (RfDs).

To derive an MRL, ATSDR generally selects the most sensitive endpoint which, in its best judgement, represents the most sensitive human health effect for a given exposure route and duration. ATSDR cannot make this judgement or derive an MRL unless information (quantitative or qualitative) is available for all potential systemic, neurological, and developmental effects. If this information and reliable quantitative data on the chosen endpoint are available, ATSDR derives an MRL using the most sensitive species (when information from multiple species is available) with the highest NOAEL that does not exceed any adverse effect levels. When a NOAEL is not available, a lowest-observed-adverse-effect level (LOAEL) can be used to derive an MRL, and an uncertainty factor (UF) of 10 must be employed. Additional uncertainty factors of 10 must be used both for human variability to protect sensitive subpopulations (people who are most susceptible to the health effects caused by the substance) and for interspecies variability (extrapolation from animals to humans). In deriving an MRL, these individual uncertainty factors are multiplied together. The product is then divided into the inhalation concentration or oral dosage selected from the study. Uncertainty factors used in developing a substance-specific MRL are provided in the footnotes of the LSE Tables.

## APPENDIX B

## ACRONYMS, ABBREVIATIONS, AND SYMBOLS

| | |
|---|---|
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ADME | Absorption, Distribution, Metabolism, and Excretion |
| atm | atmosphere |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| BCF | bioconcentration factor |
| BSC | Board of Scientific Counselors |
| C | Centigrade |
| CDC | Centers for Disease Control |
| CEL | Cancer Effect Level |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CFR | Code of Federal Regulations |
| CLP | Contract Laboratory Program |
| cm | centimeter |
| CNS | central nervous system |
| d | day |
| DHEW | Department of Health, Education, and Welfare |
| DHHS | Department of Health and Human Services |
| DOL | Department of Labor |
| ECG | electrocardiogram |
| EEG | electroencephalogram |
| EPA | Environmental Protection Agency |
| EKG | see ECG |
| F | Fahrenheit |
| $F_1$ | first filial generation |
| FAO | Food and Agricultural Organization of the United Nations |
| FEMA | Federal Emergency Management Agency |
| FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| fpm | feet per minute |
| ft | foot |
| FR | Federal Register |
| g | gram |
| GC | gas chromatography |
| gen | generation |
| HPLC | high-performance liquid chromatography |
| hr | hour |
| IDLH | Immediately Dangerous to Life and Health |
| IARC | International Agency for Research on Cancer |
| ILO | International Labor Organization |
| in | inch |
| Kd | adsorption ratio |
| kg | kilogram |
| kkg | metric ton |
| $K_{oc}$ | organic carbon partition coefficient |
| $K_{ow}$ | octanol-water partition coefficient |

APPENDIX B

| | |
|---|---|
| L | liter |
| LC | liquid chromatography |
| $LC_{Lo}$ | lethal concentration, low |
| $LC_{50}$ | lethal concentration, 50% kill |
| $LD_{Lo}$ | lethal dose, low |
| $LD_{50}$ | lethal dose, 50% kill |
| LOAEL | lowest-observed-adverse-effect level |
| LSE | Levels of Significant Exposure |
| m | meter |
| mg | milligram |
| min | minute |
| mL | milliliter |
| mm | millimeter |
| mm Hg | millimeters of mercury |
| mmol | millimole |
| mo | month |
| mppcf | millions of particles per cubic foot |
| MRL | Minimal Risk Level |
| MS | mass spectrometry |
| NIEHS | National Institute of Environmental Health Sciences |
| NIOSH | National Institute for Occupational Safety and Health |
| NIOSHTIC | NIOSH's Computerized Information Retrieval System |
| ng | nanogram |
| nm | nanometer |
| NHANES | National Health and Nutrition Examination Survey |
| nmol | nanomole |
| NOAEL | no-observed-adverse-effect level |
| NOES | National Occupational Exposure Survey |
| NOHS | National Occupational Hazard Survey |
| NPL | National Priorities List |
| NRC | National Research Council |
| NTIS | National Technical Information Service |
| NTP | National Toxicology Program |
| OSHA | Occupational Safety and Health Administration |
| PEL | permissible exposure limit |
| pg | picogram |
| pmol | picomole |
| PHS | Public Health Service |
| PMR | proportionate mortality ratio |
| ppb | parts per billion |
| ppm | parts per million |
| ppt | parts per trillion |
| REL | recommended exposure limit |
| RfD | Reference Dose |
| RTECS | Registry of Toxic Effects of Chemical Substances |
| sec | second |
| SCE | sister chromatid exchange |
| SIC | Standard Industrial Classification |
| SMR | standard mortality ratio |

APPENDIX B

| | |
|---|---|
| STEL | short term exposure limit |
| STORET | STORAGE and RETRIEVAL |
| TLV | threshold limit value |
| TSCA· | Toxic Substances Control Act |
| TRI | Toxics Release Inventory |
| TWA | time-weighted average |
| U.S. | United States |
| UF | uncertainty factor |
| yr | year |
| WHO | World Health Organization |
| wk | week |
| | |
| $>$ | greater than |
| $\geq$ | greater than or equal to |
| $=$ | equal to |
| $<$ | less than |
| $\leq$ | less than or equal to |
| $\%$ | percent |
| $\alpha$ | alpha |
| $\beta$ | beta |
| $\delta$ | delta |
| $\gamma$ | gamma |
| $\mu m$ | micron |
| $\mu g$ | microgram |

✳U.S. GOVERNMENT PRINTING OFFICE: 1995-639-298

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

United States of America

v.

Russell Zimmerman - OCSD5, SCSU, SCESC, James Lucas-SC DJJ, Bridgette Heyward Zimmeman - SC DMH, SC DJJ, Greg Carson-OCSD 5, City of Orangeburg, Orangeburg County, Claflin, SC DPS, ☐

*Defendant*

)
)
)
)
)

Case No.   7 Fed. Co., SCWCC, City & County

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Defendants, Felons John Rickenbacker, Earnest Cromartie, James Johnson, EJ Melvin, A. Irick   .

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to the United States Codes Title 18 Crimes #1 through #263, First Degree Murders, Extortions, Thefts, Forgeries, Embezzlements, and other crimes pursuant to violations of Federal Statues, and Detain the Dangerous Taxpayers.

Date: _____                            _____
                                                          *Issuing officer's signature*

City and state: _____                   _____
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                            _____<br>                                                          *Arresting officer's signature* |
|                                                   _____<br>                                                          *Printed name and title* |

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

United States of America
v.
Russell Zimmerman - OCSD5, SCSU, SCESC, James Lucas-SC DJJ, Bridgette Heyward Zimmeman - SC DMH, SC DJJ, Greg Carson-OCSD 5, City of Orangeburg, Orangeburg County, Claflin, SC DPS, ▪
*Defendant*

)
)
)
)
)
)

Case No.   7 Fed. Co., SCWCC, City & County

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*     Defendants, Felons John Rickenbacker, Earnest Cromartie, James Johnson, EJ Melvin, A. Irick  .
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to the United States Codes Title 18 Crimes #1 through #263, First Degree Murders, Extortions, Thefts, Forgeries, Embezzlements, and other crimes pursuant to violations of Federal Statues, and Detain the Dangerous Taxpayers.

Date: _____

_____
*Issuing officer's signature*

City and state: _____     _____

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____     _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| JesseWashington,II/JamesClyburn/John&Hazel Rickenabcker//RussellZimmerman/MelvinSmoak/Char lieSpell/NancyFord/VernitaGuess/GregCarson/Charle sHunter/MajorBanks/Julius&LindaPage/Renie&Randy Williams/WendellDavis/BobbyRivers/Jerome Felder | ) ) ) ) ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     See the above listed defendants.                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ☑ Information        ❏ Superseding Information        ❏ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

as per violations of the United States Code of Laws, Titles 1 through 52.

Date: _____

_____
*Issuing officer's signature*

City and state: _____    _____

*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

United States of America
v.

)
)
)

Case No.  07:2190:24 and Consolidated
Case File 1207

Andrew Ross Glover, _Antoinette Johnson Glover_, Andrew Daryl Glover, Jr.
Lawrence Irick     Defendant  Joseph Glover, Sr. + Joseph Glover, Jr. - LCSD
Jenkins Funeal Home
Kelvin Irick, Chris Hallingquest, Jlannalyree

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Andrew Ross Glover, Sr., Joseph Glover Jr.-LCSD, Andrew + Antoinette Glove
who is accused of an offense or violation based on the following document filed with the court: Kelvin Irick, Jenkins Funeral Home, Lawrence Irick

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☑ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:  Title 18, Part I    • Chapter 79, Perjury
• Chapter 11A, Child Support, • Chapter 93, Public   • Chapter 41, Extortion and Threats
• Chapter 7, Assault           Officers and Employees  • Chapter 42, Extortionate Credit Tra.
• Chapter 15, Claims and Services  • Chapter 96, Racketeer and  • Chapter 43, False Personation
                                Influenced Orgs,        • Chapter 47, Fraud and False Stater
• Chapter 19, Conspiracy, • Chapter 105 Sabotage  • Chapter 47, Fraud and False Stater
• Chapter 31, Embezzlement and Theft, • Chapter 23, Contracts, • Chapter 63, Mail Fraud+ Other Offenses

Date: _____                    _____
                                                  Issuing officer's signature

City and state: _____          _____
                                                  Printed name and title

---

| **Return** |
|---|
| This warrant was received on (date) _____ , and the person was arrested on (date) _____ at (city and state) _____ |
| Date: _____                    _____ Arresting officer's signature |
|                                          _____ Printed name and title |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Greg&Cynthia Colter Aiken,CRCC, Erdy W. C.Jacobs, )
Clarence, Greg&Virgil Jacobs, Constance Colter )
Brabham, Hank&Teresa Charley Edmonds, Mike, )
Eddie &S.Monique Colter, Earnie & Angie C. Haigler )
*Defendant* )

Case No.   2190, 1207+, 1577, Civil Dockets

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Named Defendants
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
as per U.S. Code Collections 176 and 177 convicted felons SC Senate, SC House of Representatives, SC Attorney Gen.

as per U.S. Code, Title 18, Part I and Part II crimes.

and all other applicable violations of the Federal rules, laws and regulations.

Date: _____

_____
*Issuing officer's signature*

City and state: _____

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
*Southern District of New York*

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>*South Carolina Electric, Gas of Nuclear Co.*<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No. |

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   *South Carolina Electric, Gas and Nuclear Company* ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
*United States Code Titles 1 through 18, Parts I and II crimes. United States Codes 177, and 178 to disbar and remove judges and attorneys. United States Crimes 2404. Hobbs Act - Under Color of Official Right\* \*(FBI Witness Protection)*

| | |
|---|---|
| Date: _____ | _____<br>*Issuing officer's signature* |
| City and state: _____ | _____<br>*Printed name and title* |

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____            _____<br>                                      *Arresting officer's signature* |
| _____<br>*Printed name and title* |







### THE VVA SELF-HELP GUIDE TO

# Service-Connected
# Disability Compensation
# For Exposure
# To Agent Orange

## FOR VETERANS AND THEIR FAMILIES



APRIL 2015

## TABLE OF CONTENTS

Foreword .......................................................................... 1

Introduction ...................................................................... 2

What Is Agent Orange? ........................................................... 3

What Is "Presumptive" Service-connected Agent Orange
Disability Compensation? ......................................................... 6

How Do I Know If I Qualify for Presumptive Service-connected
Agent Orange Disability Compensation? ........................................... 7

What Is the Agent Orange Registry? .............................................. 8

How Do I File a Claim with the VA for Presumptive Agent Orange
Disability Compensation? ........................................................ 10

Is Presumptive Service-connected Agent Orange Disability Compensation
Available to Surviving Family Members of a Deceased Vietnam Veteran? ............ 13

Is Presumptive Service-connected Agent Orange Disability Compensation
Available to Biological Children of Vietnam Veterans Born with Certain Birth Defects? ... 15

Is Presumptive Service-connected Agent Orange Disability Compensation
Available to Incarcerated Vietnam Veterans? ..................................... 16

What Other Benefits Are Available to a Vietnam Veteran
with an Agent Orange-Related Illness? ........................................... 17

How to File a Claim and What is Intent to File .................................. 18

Veterans Service Organizations ................................................. 19

References and Resources ....................................................... 19



## FOREWORD

Agent Orange is a highly toxic herbicide used by the U.S. military during the Vietnam War to defoliate hiding places used by the Viet Cong, rice paddies and fields that provided them with food, and to clear the perimeters of military bases to give service members a clear line of fire. Although colorless, it is known as "Agent Orange" because of an orange band painted on the drums used to store and transport it.

After years of advocacy led by VVA, Congress enacted into law the Agent Orange Act of 1991. This legislation empowered the Secretary of Veterans Affairs to declare certain maladies "presumptive" to exposure to Agent Orange/ dioxin and enable Vietnam veterans, as well as some veterans who served along the demilitarized zone in Korea in the late 1960s, to receive treatment and compensation for these health conditions. Service-connected benefits, however, also may be granted for other maladies not recognized as presumptive health conditions.

John Rowan
National President
Vietnam Veterans of America



## INTRODUCTION

The purpose of this Vietnam Veterans of America (VVA) guide is simple: to present information and describe the process in a user-friendly fashion for a Vietnam veteran or (surviving) family member to file a claim for service-connected disability compensation or death benefits with the Department of Veterans Affairs (VA) for illnesses/diseases associated with exposure to Agent Orange and other related herbicides during military service. At the outset, please understand that the VA claims process is complicated, frustrating, and can be time-consuming. Please understand also that these guidelines are not legal advice.

VVA hopes this guide will be helpful:

- If you have never filed a VA claim for disability or death compensation because of exposure to Agent Orange; or

- If you have filed a VA claim for disability or death compensation because of Agent Orange exposure and it was denied (after all appeals, if any) by the VA *before* September 25, 1985 (this includes claims or death benefits for Adult Onset Type II Diabetes and ancillary conditions, Parkinson's disease, ischemic heart disease, and B-cell leukemias); or

- If you have filed a VA claim for disability or death compensation due to Agent Orange exposure and it was denied (after all appeals, if any) by the VA *on or after* September 25, 1985, or if it is still pending. In this situation, do not file a new claim. Contact the appropriate VA Regional Office in writing to confirm and ask the following: 1) whether you filed a claim; 2) what disability was claimed; 3) whether the claim was based on Agent Orange exposure; 4) whether the claim is in the VA's "Special Issue Rating System" (e.g., Nehmer) Agent Orange claim; 5) does the VA have your current mailing address; and 6) request a copy of your entire claims file, your "C-file"; or

- If you do not remember 1) whether you've ever filed a VA claim; or 2) when you filed a VA claim; 3) whether you stated that the disability or death in your VA claim was due to Agent Orange exposure; or 4) you believe you have a medical condition (or the veteran's death was) due to Agent Orange exposure. In this situation, file a claim as soon as possible, and request a complete copy of your C-file from the nearest VA Regional Office. You can find your nearest VA Regional Office here: http://www2.va.gov/directory/guide/division_flsh.asp?dnum=3